UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT A. MOUTHAAN,

    Plaintiff,

v.                                                Case No. 1:16-cv-1274
                                              Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

**JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated: March 29, 2018                               /s/ Ray Kent
                                                        United States Magistrate Judge